FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Derrick Ray Sexton <br> Defendant. | Case No.: 10-cr-923-SJO <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _failure to interview with Pretrial Services, lack of_

1  *known bail resources, lack of stable residence or*
2  *employment, and submission to detention*
3  _____
4     and/or
5  B.  ☒   The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: *Refusal to interview with PSA, allegations*
10    *in charging document, prior convictions and submission*
11    *to detention*
12    _____
13
14    IT THEREFORE IS ORDERED that the defendant be detained pending
15    the further revocation proceedings.
16
17    Dated: 12/10/2015
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE